Fill in this information to identify the case:

Debtor name: **LMG Manufacturing, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): 18-30270

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Tri-State Supply Co.<br>P.O. Box 40512<br>Houston, TX 77240-0512 | tjroucka@tri-statesupply.com<br>713-460-5670 | Material Supplies | | | | $59,947.11 |
| Toyotalift of Houston<br>7110 North Freeway<br>Houston, TX 77076 | misty.hague@doggett.com<br>713-675-7000 | Equipment Rental and Repair | | | | $45,755.31 |
| The Nut Place<br>6605 North Gessner Dr.<br>Houston, TX 77040-4015 | Tim@thenutplace.com<br>713-462-3147 | Material Supplies | | | | $23,753.46 |
| UFP SOUTHWEST, LLC<br>P.O. Box 1730<br>New Waverly, TX 77358 | tferguson@ufpi.com<br>936-295-3411 | Material Supplies | | | | $12,663.49 |
| Schultz Machine Repair<br>132 Birchwood Dr.<br>Huffman, TX 77336 | 832-716-6445 | Equipment Repair | | | | $11,993.42 |
| PC Progetti<br>Via Dell Artigianato, 3A<br>Rovellasca, Italy, VA 22069 | Paolo.clerici@pcprogetti.it<br>39 02 96749415 | Material | | | | $10,361.52 |
| STG - Superior Transport Group<br>8525 Jackrabbit Rd. Suite O<br>Houston, TX 77095 | rick.ugron@superiorstg.com<br>281-975-2442 | Shipping | | | | $9,775.00 |
| AAA FLAME CUT STEEL, INC<br>P.O. Box 924947<br>Houston, TX 77292 | sandra@aaaflamecutsteel.com<br>713-868-2337 | Material Supplies | | | | $9,086.40 |

Debtor **LMG Manufacturing, Inc.**
Name

Case number *(if known)* 18-30270

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Associated Welding Supply, Inc.<br>3002 South Main<br>Pearland, TX 77581 | kevin.aws@gmail.com/rsegovia.aws@gmail.com<br>281-485-2755 | Material Supplies | | | | $8,191.19 |
| Mistras Group, Inc.<br>P.O. Box 405694<br>Atlanta, GA 30384-5694 | donna.harmon@mistrasgroup.com<br>713-465-4113 | Material Supplies | | | | $7,350.00 |
| UV Logistics LLC<br>P.O. Box 975357<br>Dallas, TX 75397-5357 | Lisa.Trahan@uvlogistics.com<br>713-350-5200 | Shipping | | | | $7,325.00 |
| Crystal Clean, Inc.<br>13621 Collections Center Dr.<br>Chicago, IL 60693 | adam.weaver@crystal-clean.com<br>877-938-7948 | Cleaning | | | | $6,711.50 |
| TYCO INTEGRATED SECURITY LLC<br>P.O. Box 371967<br>Pittsburgh, PA 15250-7967 | carywoods@tyco.com<br>412-357-1725 | Building Alarm | | | | $6,349.47 |
| Texas Iron and Metal<br>865 Lockwood Dr.<br>Houston, TX 77020 | tcampbell@texasironandmetal.com<br>713-489-4882 | Material Supplies | | | | $5,891.80 |
| Hargrave Electric<br>P.O. Box 691729<br>Houston, TX 77269-1729 | jimmy@hargraveelectric.com/shannan@hargraveelectric.com<br>281-955-5491 | Material Supplies | | | | $5,647.14 |
| J5 EXPRESS INC.<br>P.O. Box 1539<br>Tomball, TX 77377 | 281-255-8383 | Shipping | | | | $5,575.00 |
| Torque Tools Inc<br>P.O. Box 12251<br>Spring, TX 77391 | bobby@torquetoolstexas.com<br>281-320-8677 | Tool Supply | | | | $5,425.00 |
| Diamond Gear<br>13750 Hollister Rd<br>Houston, TX 77086 | dresendiz@diamond-gear.com/Dshaw@diamond-gear.com<br>713-590-0270 | Tool Supply | | | | $4,816.00 |
| Fastenal<br>P.O. Box 1286<br>Winona, MN 55987-1286 | txspr@stores.fastenal.com/intldirectship@fastenal.com<br>281-447-1221 | Material Supplies | | | | $4,418.12 |

| Debtor | LMG Manufacturing, Inc. | | Case number *(if known)* | 18-30270 | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Holimex Co., LTD**<br>**40/7 Le Thi Hong**<br>**Game Street Ward 6**<br>**My Tho City, Tine**<br>**Giang Prov. Vietnam** | **36 1 3914400** | **Material Supplies** | | | | **$4,160.00** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **LMG Manufacturing, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 18-30270 |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 24, 2018**       X **/s/ Michael F. Lockwood**
                                                                          Signature of individual signing on behalf of debtor

                                                                          **Michael F. Lockwood**
                                                                          Printed name

                                                                          **Chief Executive Officer**
                                                                          Position or relationship to debtor